

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 20, 2013**

United States Bankruptcy Judge

_____

Truman E Coe
2720 N Stemmons Frwy
Suite 1202 South Tower
Dallas, Tx  75207

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:                                                                CASE NO:  12-35126-SGJ-13
DANNY EDWARD WAYNE & JANET LEIGH HANNA
        DEBTORS

### Order on Debtor's Objection to Claim

At Dallas in said District:

On this day came on for hearing the Debtor's Objection to Claim to Insolve Recovery - Pacer #12/TEE #57, ("Objection") dated 7/24/2013, and any responses filed thereto.

After considering the pleadings, the evidence and stipulations, if any, and the argument of counsel, the Court finds that the following order should be entered:

**IT IS FURTHER ORDERED** that the claim is hereby **ALLOWED** or **DISALLOWED** as shown on the "Objection" except as follows:

   No Changes

Order on Debtor's Objection to Claims, Page 2
Case # 12-35126-SGJ-13
DANNY EDWARD WAYNE & JANET LEIGH HANNA

Approved by:

/s/  Tom Powers
_____

### End of Order ###

Office of the Standing Chapter 13 Trustee
125 E. John Carpenter Freeway
Suite 1100, 11th Floor
Irving, TX  75062
(214) 855-9200 / (214) 965-0756  (Fax)